# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| APRIL TENILLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-cv-00750 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| MURFREESBORO LEASED HOUSING ) | MAGISTRATE JUDGE NEWBERN |
| ASSOCIATES I, LP d/b/a CHARIOT ) | |
| POINTE APARTMENTS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23) on Defendants' Motion to Dismiss (Doc. No. 15). The Magistrate Judge recommends this action be dismissed with prejudice because Plaintiff's claims are barred by the doctrine of res judicata. Plaintiff did not respond to Defendants' Motion to Dismiss despite having been given ample time to do so.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 23 at 9.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is **DISMISSED**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE