# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| APRIL TENILLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:18-cv-00750 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| MURFREESBORO LEASED HOUSING ) | MAGISTRATE JUDGE |
| ASSOCIATES I, LLP d/b/a CHARIOT ) | NEWBERN |
| POINTE APARTMENTS, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 42) recommending the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 4(m). The Magistrate Judge stated that Plaintiff, who proceeds in forma pauperis, has not retuned a service packet for the only remaining defendant, Murfreesboro Housing Authority. Plaintiff did not response to the Magistrate Judge's April 15, 2021 Order to show cause (Doc. No. 41). Nor has she filed any objections to the Report and Recommendation (Doc. No. 42), which advised the parties that objections to the Magistrate Judge's findings were to be filed within fourteen days of service.

The Court has reviewed the Report and Recommendation (Doc. No. 42) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE